UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ELLEN ELIZABETH TARR, *on behalf of herself and all* :
*others similarly situated*, :
:
                            Plaintiff, : 23-CV-9256 (JMF)
:
        -v- : ORDER
:
CARLISLE ETCETERA, LLC, :
:
                          Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's December 1, 2023 Order, ECF No. 8, Plaintiff was required to file proof of having served a copy of that Order on Defendant by December 6, 2023. To date, Plaintiff has not filed any such proof of service. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 13, 2023**.

      SO ORDERED.

Dated: December 11, 2023
       New York, New York
                                            JESSE M. FURMAN
                                          United States District Judge