UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:
DATE FILED:___  4/1/2024
```

ELLEN ELIZABETH TARR, individually and on
behalf of all others similarly situated,

                              **Plaintiff,**

            **-against-**

CARLISE ETCETERA, LLC,

                            **Defendant.**

------------------------------------------------------------------X

        **23-CV-09256 (JMF)(SN)**

            **ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       Pursuant to the Civil Case Management Plan and Scheduling Order, the parties were directed to submit a joint letter informing the Court about the status of discovery by Friday, March 29, 2024. ECF No. 17. To date, the parties have not filed a status update. The parties are directed to file a joint letter by April 3, 2024, addressing any outstanding discovery disputes and indicating whether the parties request a mediation referral.

**SO ORDERED.**

                            _____
                             SARAH NETBURN
                             United States Magistrate Judge

DATED:      April 1, 2024
              New York, New York